United States District Court
District Court
Exhibits Log: 25-mj-00024-UNA
USA v. Kelly, 4/30/2025

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | BT131R25BT0002-001-Interception of UPS Parcel for Controlled Delivery | No |
| Gov-2 | BT131R25BT0002-002-Controlled Delivery of UPS Parcel-April 14 2025 Redacted | No |
| Gov-3 | BT131R25BT0002-03-Consent Search of 8134 Royalwood-April 14 2025 Redacted | No |
| Gov-4 | BT131R25BT0002-Interview of Kenterrius KELLY-April 16 2025 Redacted | No |