UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

<u>INDICTMENT FOR POSSESSION WITH THE INTENT TO DISTRIBUTE
400 GRAMS OR MORE OF FENTANYL AND NOTICE OF FORFEITURE</u>

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 25- 41-BAJ-SDJ |
| *versus* : | |
| : | |
| DECOREY LONDON, and : | 21 U.S.C. § 841(a)(1) |
| KENTERRIUS KELLY : | 21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

On or about April 14, 2025, in the Middle District of Louisiana, **DECOREY LONDON** and **KENTERRIUS KELLY**, defendants herein, did knowingly and intentionally possess with the intent to distribute 400 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 21, United States Code, Section 841(a)(1).

<u>NOTICE OF FORFEITURE</u>

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(p).

Upon conviction of the offense alleged in the indictment, defendants **DECOREY LONDON** and **KENTERRIUS KELLY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or

indirectly, as a result of said offenses and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense.

If any of the property or proceeds obtained directly or indirectly as a result of the offense charged, due to an act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, BY

_____
APRIL M. LEON
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
WILLIAM K. MORRIS
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED**
**PER PRIVACY ACT**

GRAND JURY FOREPERSON

_____5/1/25_____
DATE

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, Louisiana

County/Parish: East Baton Rouge Parish

*Investigating Agency: HSI

*Agent: Jared Tauzier

**Matter to be sealed:** ☐ Yes ☑ No

**Related Case Information:**

Superseding ☐   Docket Number _____
Same Defendant ☐   New Defendant ☐

Magistrate Case Number: 25-mj-24
Search Warrant Case No.: 25-mj-23
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Kenterrius Kelly
Alias: _____
Address: _____
DOB: _____  SS / Alien#: _____  Sex: ____  Race: _____  Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris    Bar #: LBN 28694

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

☑ Already in Federal Custody as of 4/16/25
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?** ☑ Yes ☐ No

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 21:841(a)(1) | Possession with the Intent to Distribute 400 Grams or More of Fentanyl | 1 | Felony |
|  |  |  |  |
|  |  |  |  |

(May be continued on second sheet)

Date: 5/1/25    Signature of AUSA: [signature]

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, Louisiana

County/Parish: East Baton Rouge Parish

*Investigating Agency: HSI

*Agent: Jared Tauzier

**Matter to be sealed:** ☐ Yes  ☑ No

Related Case Information:

Superseding ☐   Docket Number _____
Same Defendant ☐   New Defendant ☐

Magistrate Case Number: 25-mj-25
Search Warrant Case No.: 25-mj-23
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Decorey London

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris        Bar #: LBN 28694

Interpreter: ☐ Yes  ☑ No    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

☑ Already in Federal Custody as of 4/16/25
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?** ☑ Yes  ☐ No

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 21:841(a)(1) | Possession with the Intent to Distribute 400 Grams or More of Fentanyl | 1 | Felony |

(May be continued on second sheet)

Date: 5/1/25    Signature of AUSA: [signed]