# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

### *GRAND JURY RETURN*

Date:  May 1, 2025

UNITED STATES OF AMERICA

VERSUS

DECOREY LONDON, and
KENTERRIUS KELLY

CRIMINAL

NO. 25- 41-BAJ-SDJ

PRESENT:   Eli Abad
                      Counsel for U.S.A.

Indictment filed into the record.

\* \* \* \* \*